IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH SERRANO, | ) | No. C 12-00312 EJD (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| BELEN EZAZ, et al., | ) | |
| Defendant. | ) | |

On January 20, 2012, Plaintiff, a federal prisoner, filed the instant civil rights complaint in pro se. The same day, the Clerk of the court sent Plaintiff a notice that she used an incorrect In Forma Pauperis ("IFP") Application. (Docket No. 3.) The notice directed Plaintiff to file a current IFP application within thirty days of the date of the notice. (Id.) A stamped copy of the Clerk's notice mailed to Plaintiff was returned as undeliverable on February 21, 2012. (Docket No. 4.) As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro

Order of Dismissal
G:\PRO-SE\SJ.EJD\CR.12\00312Serrano_dism3-11.wpd       1

1  se party by the Court has been returned to the Court as not deliverable, and (2) the Court
2  fails to receive within sixty days of this return a written communication from the pro se
3  party indicating a current address. See L.R. 3-11(b).
4      More than sixty days have passed since the mail addressed to Plaintiff was
5  returned as undeliverable. The Court has not received a notice from Plaintiff of a new
6  address. Accordingly, the instant civil rights action is DISMISSED without prejudice
7  pursuant to Rule 3-11 of the Northern District Local Rules.
8      The Clerk shall terminate any pending motions.
9
10 DATED:  5/4/2012                        _____
                                           EDWARD J. DAVILA
11                                         United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH SERRANO,

        Plaintiff,

  v.

BELEN EZAZ, et al.,

        Defendants.

Case Number: CV12-00312 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/4/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elizabeth Serrano #15573-064
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
5325 Broder
DUBLIN, CA 94568

Dated: 5/4/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk